UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
————————————————————X

BARBARA ZINNAMON,

        Plaintiff,                       **CIVIL**

                                          **JUDGMENT**
   -against-

                                         06-CV-1805 (ARR)

THE BANK OF NEW YORK,

        Defendant.
————————————————————X

Pursuant to the order issued _May 3, 2006_ by the Honorable Allyn R. Ross, United States District Judge, dismissing this complaint, it is,

**ORDERED, ADJUDGED AND DECREED**: That the complaint is hereby dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal.

Dated: Brooklyn, New York
       ~~April~~ May 3, 2006

                                                ALLYNE R. ROSS
                                                United States District Judge