UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BARBARA ZINNAMON,

                              Plaintiff,

-against-

THE BANK OF NEW YORK,

                              Defendant.
-----------------------------------------------------------------X

JUDGMENT
06-CV-1805 (ARR)

       A Memorandum and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on June 8, 2006, denying plaintiff's motion for reconsideration; certifying that any appeal from this Order would not be taken in good faith; and denying *in forma pauperis* status for the purpose of the appeal; it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that plaintiff's motion for reconsideration is denied; that any appeal from this Order would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of the appeal.

Dated: Brooklyn, New York
       June 08, 2006

                                                    ROBERT C. HEINEMANN
                                                   Clerk of Court